UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DANIEL CASTILLO-ANTONIO,

Plaintiff,

v.

NEGA TESFASILASIE, et al.,

Defendants.

Case No.  4:21-cv-02159-KAW

**ORDER TO FILE DISMISSAL WITHIN 180 DAYS**

Re: Dkt. No. 8

On August 9, 2021, the parties filed a joint notice of settlement. Accordingly, Plaintiff shall file a dismissal within 180 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: August 9, 2021

KANDIS A. WESTMORE
United States Magistrate Judge